JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIRACLE VENTURES, INC., and EDWARD MANDEL,<br><br>Plaintiffs,<br>vs.<br><br>MUSE & MONSTERS, INC., MUSE & MONSTERS, LLC, and ROB PRIOR,<br><br>Defendants. | CASE NO.: CV 23-3217-GW-MARx<br><br>**ORDER OF DISMISSAL** |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: August 8, 2024

HON. GEORGE H. WU,
United States District Judge